IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. DNCW1:11CR67 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| GREGORY JAMES FUSELIER. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and The Prudential Insurance Company of America:

A judgment was entered on April 4, 2013, in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, Gregory James Fuselier, whose last known address is XXXXXXXX, Metairie, Louisiana 70002, in the sum of $878,100.00.  The balance on the account as of June 24, 2013 is $866,433.97.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and The Prudential Insurance Company of America is commanded to turn over property in which Defendant, Gregory James Fuselier, Social Security Number XXX-XX-7086, has a substantial non-exempt interest, said property being funds located in all financial accounts including, but not limited to, the cash-value life insurance policy, number XX XXX 173, held in the name of Gregory J. Fuselier at the following address: The Prudential Life Insurance Company of America, 751 Broad Street, Newark, New Jersey 07102, Attention: Legal Process Unit, 4th Floor.

Signed: June 24, 2013

Dennis L. Howell
United States Magistrate Judge